UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| EDMOND MAYNOR, | |
|---|---|
| Petitioner, | CASE NO. C20-1181-BHS-MAT |
| v. | |
| RONALD HAYNES, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Respondent. | |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner submitted an application seeking leave to proceed with this action *in forma pauperis* (IFP). Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed IFP (Dkt. 1) is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

DATED this 7th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge